IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EUGENE P. PATTERSON | § | |
| VS. | § | CIVIL ACTION NO.  1:07-CV-652 |
| WARDEN OUTLAW, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eugene P. Patterson, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this civil action against Warden Outlaw, V. Martin, R. Rios, Lieutenant Jensen, M. McGehee, Unit Manager Saxton, Unit Manager Holmes, E. Jackson, Education Specialist Hawkin, Counselor Officer Curze, and Counselor Officer Jones.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the case as repetitious of Cause Number 1:06-CV-452.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **12** day of **January, 2008.**

_____
Ron Clark, United States District Judge